# INFORMATION SHEET

*DO NOT REMOVE FROM TOP OF FILE*

**MISDEMEANOR INFORMATION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALFREDO SANTIESTEBAN | : | FILE NO. 2026-00537<br><br>CRIMINAL NO. 26cr527<br><br>DESCRIPTION OF VIOLATION AS PER MISDEMEANOR INFORMATION:<br>**18 U.S.C. § 611 – 1 count)** |

*Defendant's current address* 3337 A Street, Philadelphia, Pennsylvania

*Place of detention* n/a

*Federal or local custody* n/a

*Register number* n/a

*Date of birth/PPD Photo number* 09/15/1953

*Date of commitment on instant federal charges* n/a

*Reason(s) for detention* n/a

*Interpreter needed* ☑ *no* ☐ *unknown* ☐ *yes - specify language or dialect:*

*Amount of bail* Amount of Bail — ☐ *set* ☐ *posted* ☐ *recommended* ☑ N/A

*Name and address of bondsman* N/A

*Name and address of Defendant's attorney:* None

*Telephone / fax number*

*Assistant U.S. Attorney(s) assigned to case* Michael R. Miller, AUSA

*Case agent's name* Sean Matarazzo, HSI

*Agency* HSI

*(continued on reverse side)*

*All notices should be sent to:*

Michael R. Miller, AUSA
Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

---

*Prior docket information: **N/A***
*Docket No.______________* *Magistrate Judge:__________________*
*Date_________*

---

*Related indictments, docket numbers, and defendants: **N/A***

---

*Maximum sentence: {list maximum sentence for each count separately}*

Count One - (18 U.S.C. § 611 – Voting by an Alien): one year of imprisonment, one year of supervised release, a $100,000 fine, and a $25 special assessment.

**Total Maximum Sentence**: The total maximum sentence is one year of imprisonment, one year of supervised release, a $100,000 fine, and a $25 special assessment.