# AFFIDAVIT IN SUPPORT OF ARREST WARRANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 9

1. I, Sean Matarazzo, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

2. I am a Special Agent with Homeland Security Investigations ("HSI") assigned to the HSI Philadelphia Field Office.

## PURPOSE OF THE AFFIDAVIT

3. This affidavit is made in support of an arrest warrant for ALFREDO SANTIESTEBAN for violating 18 U.S.C. § 611 (voting by an alien) in connection with the November 2024 election for federal office, pursuant to Federal Rule of Criminal Procedure 9. As described in more detail below, SANTIESTEBAN is not a U.S. citizen, knew that he was not a U.S. citizen, and knowingly voted in the November 2024 election. Based on the facts set forth in this affidavit, there is probable cause to believe that SANTIESTEBAN violated 18 U.S.C. § 611.

4. Title 18, United States Code, Section 611(a) states: "It shall be unlawful for any alien to vote in any election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, [or] Member of the Senate[.]"[1] The November 2024 election for federal office in Pennsylvania was held to, *inter alia*, elect a United States President, Vice President, Presidential elector, and Senator.

---

[1] Under Section 611(a), aliens may vote in a local election if they "are authorized to vote for such other purpose under a State constitution or statute or a local ordinance," and the local election is "conducted independently of voting for a candidate for such Federal offices, in such a manner that an alien has the opportunity to vote for such other purpose, but not an opportunity to vote for a candidate for any one or more of such Federal offices." However, this statutory exception did not apply to any of the voters who participated in the November 2024 election in Philadelphia, Pennsylvania, which is the election in which SANTIESTEBAN voted.

5. Fed. R. Crim. P. 9 states that "[t]he court must issue a warrant . . . for each defendant named in an . . . information if one or more affidavits accompanying the information establish probable cause to believe that an offense has been committed and that the defendant committed it."

6. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. I have not included each and every fact known to me concerning this investigation. Additionally, unless otherwise indicated, wherever in this Affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

**PROBABLE CAUSE**

7. According to Department of Homeland Security ("DHS") databases and his A-File, ALFREDO SANTIESTEBAN is not a U.S. citizen. Rather, he is a citizen of Cuba. He is assigned alien number Axxxxx3981.

8. Earlier this fall, HSI obtained SANTIESTEBAN's voting records from Philadelphia and the Pennsylvania Department of State. The records show that SANTIESTEBAN registered to vote in Philadelphia in 2003. SANTIESTEBAN's registration information includes his actual date of birth and a social security number ending in 2481. This information is consistent with SANTIESTEBAN's biographical information. Additionally, the records show that SANTIESTEBAN voted in-person in Philadelphia on November 5, 2024.

9. On October 9, 2026, I and HSI Agent and Dwayne Lee, together with HSI TFO Norma Serrano, conducted a voluntary, non-custodial interview of SANTIESTEBAN that was

video recorded. The interview occurred on the steps outside SANTIESTEBAN's residence. Agent Lee recorded the interview, which was primarily conducted by myself and interpreted by TFO Serrano, as SANTIESTEBAN was speaking Spanish.

10. During the interview, SANTIESTEBAN stated, "I'm not a citizen, I'm a resident…I never made citizen." He also admitted that he never applied to become a citizen.

11. After making the foregoing admissions regarding his lack of citizenship, SANTIESTEBAN admitted that he had voted multiple times at Stetson Middle School, his registered polling place. He also admitted that he voted in the most recent presidential election.

**CONCLUSION**

12. Based on the above facts, there is probable cause to believe ALFREDO SANTIESTEBAN knowingly voted in the November 2024 federal election in the Eastern District of Pennsylvania, and that he knew that he was not an American citizen at the time of the election. SANTIESTEBAN thus violated 18 U.S.C. § 611 in November 2024. I request an arrest warrant be issued for ALFREDO SANTIESTEBAN.

*/s/ Sean Matarazzo*
Sean Matarazzo
Special Agent
Homeland Security Investigations

Affidavit submitted by and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 21st day of October, 2026:

/s/ Craig M. Straw 10-21-2026
Honorable Craig M. Straw
United States Magistrate Judge